James J. Braze (SBN: 75911)
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Bakersfield, California 93309
Tel: (661) 322-3051
Fax: (661) 322-4628
jbraze@bortonpetrini.com

Attorneys for Defendants
Pro Vita Eurotech Ltd.
Pro Vita Animal Health, LLC

Randy Rumph (SBN: 232235)
218 H. Street
Bakersfield, California 93304
Phone: 661-322-4600
Fax: 661-322-8478

Attorneys for Plaintiff Sergio Galindo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GALINDO, an individual,,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ABS GLOBAL, INC.; PRO VITA EUROTECH LTD.; PRO VITA ANIMAL HEALTH LLC; DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No. 1:16-CV-00506-AWI-JLT<br><br>**AMENDED STIPULATION AND ORDER DISMISSING DEFENDANTS PRO VITA EUROTECH LTD., PRO VITA ANIMAL HEALTH LLC, THEIR AGENTS AND EMPLOYEES ONLY**<br>(Doc. 26) |

　　　　IT IS HEREBY STIPULATED by and between the parties, Plaintiff SERGIO GALINDO and Defendant, PRO VITA ANIMAL HEALTH, LLC, through their respective counsel, that this matter will be dismissed with prejudice as to Defendants PRO VITA EUROTECH LTD., PRO VITA ANIMAL HEALTH LLC, their respective agents and employees.

/ / /

IT IS FURTHER STIPULATED that each party will bear their own attorney's fees and costs.

Dated: April 26, 2017

        /s/ Randy Rumph (as authorized on 04-26-17)
        Attorneys for Plaintiff Sergio Galindo

Dated: April 26, 2017        BORTON PETRINI, LLP

        /s/ James J. Braze (as authorized on 04-26-17)
        Attorneys for Defendants Pro Vita Eurotech, Ltd., Pro Vita Animal Health LLC

## **ORDER**

The parties have stipulation to dismiss this action with prejudice, with each party to bear their own attorney fees and costs as to Pro Vita Eurotech Ltd., Pro Vita Animal Health LLC and their respective agents and employees. (Doc. 26) Federal Rules of Civil Procedure 41(a)(1) provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is DIRECTED to close this action as to Pro Vita Eurotech Ltd., Pro Vita Animal Health LLC and their respective agents and employees **only** in light of the stipulation signed pursuant to Rule 41(a).

IT IS SO ORDERED.

   Dated:  **April 28, 2017**              **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE